UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

ROCIO CARRANZA,                              CASE NO: 10-25494-LMI
                                             CHAPTER 13

_____Debtor._____/

## DEBTOR'S MOTION TO COMPEL CREDITOR NATIONSTAR MORTGAGE, LLC., TO FILE A SATISFACTION OF MORTGAGE AND FOR SANCTIONS OF ATTORNEY'S FEES AND COSTS

COMES NOW, the Debtor, Rocio Carranza (the "Debtor"), by and through undersigned counsel, and files her Motion to Compel Creditor Nationstar Mortgage, LLC., to File a Satisfaction of Mortgage and For Sanctions of Attorney's Fees and Costs and states as follows:

1. The debtor filed a voluntary petition under Chapter 13 on June 2, 2010.

2. The Order Confirming the Chapter 13 Plan was entered on November 24, 2010 (DE #60).

3. In the Chapter 13 Plan the debtor crammed down the mortgage inside the confirmed plan. An Agreed Order Granting Motion to Value and Determine Secured Status of Lien on Real Property was entered on August 23, 2010 (DE # 45).

4. The Debtor received her Discharge of Debtor After Completion of Chapter 13 Plan on December 1, 2015 (DE #88).

5. The Final Decree was entered on January 13, 2016 (DE 92).

6. As of the filing of this Motion to Compel the Creditor has refused to File a Satisfaction of Mortgage, and as a result Debtor's counsel has spent four (4) hours trying to first contact the creditor and then to resolve the issue to no avail. Therefore, debtors counsel is

hereby requesting Sanctions to cover the expense of the four (4) hours of attorney work at $350.00 per hour due to the creditor's obvious violation of the Debtor's Discharge.

7. The Debtor by and through undersigned counsel hereby requests that this Honorable Court, Compel the Creditor Nationstar Mortgage, LLC to file the satisfaction of mortgage and to Impose sanctions on the Creditor in the amount of $1,400.00 to be paid to Debtor's counsel.

WHEREFORE, the Debtor, through undersigned counsel, prays that this Honorable Court would:

1. Compel the Creditor, Nationstar Mortgage, LLC., to file a Satisfaction of Mortgage Immediately.

2. Impose Sanctions upon the Creditor Nationstar Mortgage, LLC, in the amount of $1,400.00 for four (4) hours of unnecessary work by debtor's counsel at a rate of $350.00 per hour. Payable to Andres Montejo within ten (10) days after the Order is issued.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,

Andres Montejo
Office of the General Counsel
6157 NW 167 Street, Suite F-21
Miami, Florida 33015
Telephone: 305-817-3677
Facsimile: 305-675-0666
Andres@andresmontejolaw.com

/s/
_____
Andres Montejo, Esq.
FBN: 659428