UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ROCIO CARRANZA.                                   CASE NO.: 10-25494-LMI
                                                  CHAPTER 13
        Debtor.
_____/

**CERTIFICATE OF SERVICE OF MOTION TO COMPEL NATIONSTAR MORTGAGE LLC., TO FILE A SATISFACTION OF MORTGAGE AND FOR SANCTIONS OF ATTORNEY'S FEES AND COSTS AND NOTICE OF HEARING OF THE SAME (DE # 93 & 94)**

I HEREBY CERTIFY that I caused a true and correct copy of the attached Motion to Compel and for Sanctions and Notice of Hearing (DE # 93 & 94), dated April 4, 2016, to be served via electronic court mail, Certified Return Receipt and First Class U.S. Mail this 4th day of April, 2016; to: **Nationstar Mortgage, LLC.,** P.O. Box 619096, Dallas, TX 75261-9741; **Nationstar Mortgage LLC.,** 350 Highland Drive, Lewisville, TX 75067 **(70140510000117415104)**; Nationstar Mortgage, LLC., c/o Brice, Vander, Linden & Wernick, P.C., 9441 LBJ Freeway, Suite 350, Dallas, TX 75243; **Nancy K. Neidich, Chapter 13 Trustee,** P.O. Box 279806, Miramar, FL 33027-9806 and **Rocio Carranza, Debtor,** 10950 SW 153 CT, Miami, FL 33196.

**CERTIFICATE OF ADMISSION**

I HEREBY CERTIFY that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                   Law Office of Andres Montejo
                                   6157 NW 167 Street, Unit F-21
                                   Miami, FL 33015
                                   Tel: 305-817-3677
                                   Fax: 305-675-0666
                                   Email: Andres@andresmontejolaw.com

                                   BY:     /s/ Andres Montejo
                                   Andres Montejo, Esq.
                                   Florida Bar No.: 659428