

ORDERED in the Southern District of Florida on May 5, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

ROCIO CARRANZA,   CASE NO: 10-25494-LMI
                  CHAPTER 13

_____Debtor._____/

### ORDER ON DEBTOR'S MOTION TO COMPEL CREDITOR NATIONSTAR MORTGAGE, LLC., TO FILE A SATISFACTION OF MORTGAGE AND FOR SANCTIONS OF ATTORNEY'S FEES AND COSTS (DE # 93)

THIS CAUSE having come on to be heard at 11:00 A.M. on May 3, 2016, on the DEBTOR'S MOTION TO COMPEL CREDITOR NATIONSTAR MORTGAGE, LLC., TO FILE A SATISFACTION OF MORTGAGE AND FOR SANCTIONS OF ATTORNEY'S FEES AND COSTS (DE # 93) and this Court having heard argument of counsel, and based on the record, this Court makes the following:

1) The Court notes that the Plan, Motion to Value and Order on Motion to Value names the Creditor as Suntrust Mortgage yet this motion is against Nationstar Mortgage LLC to compel them to file a Satisfaction of Mortgage and for Sanctions.

2) The court is satisfied with the explanation of the Debtor whereby Debtor states that Suntrust Mortgage transferred the claim to Nationstar Mortgage LLC, as it is reflected in the transfer assignment filed on December 20, 2010 under Docket Entry # 62.

3) The Court also notes that the creditor filed no response to this motion.

4) The court finds that the conduct of Nationstar Mortgage LLC failure to file a Satisfaction of Mortgage in addition to the continuing collection efforts of a discharged debt, including changing the locks to the property constitutes a violation of the Bankruptcy protection afforded to the Debtor and merits sanctions against the creditor.

5) The court finds that 4 hours at $350.00 per hour, the time spent by attorney for the Debtor in attempting to resolve this matter since January, including the preparation of this motion and attending the hearing is reasonable.

IT IS HEREBY ORDERED:

1) The motion is GRANTED.

2) Nationstar Mortgage LLC is hereby ordered to record a Satisfaction of Mortgage within 21 calendar days from the date of this order, in the Public Records of Miami Dade County Florida.

3) Nationstar Mortgage LLC is hereby ordered to pay Andres Montejo, Esq. the sum of $1,400.00 within 21 calendar days from the date of this order. Payment to be made

payable to: Law Offices of The General Counsel PA and mailed to 6157 NW 167 St Suite F 21 Miami Florida 33015.

###

**Submitted by:**

**Andres Montejo**

**Office of the General Counsel**

**6157 NW 167 Street, Suite F-21**

**Miami, Florida 33015**

**Telephone: 305-817-3677**

**Facsimile: 305-675-0666**

**Andres@andresmontejolaw.com**

**Copies to:**

Attorney for Debtor ordered to send a copy of this order to Nationstar Mortgage LLC